**Order entered April 28, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00531-CR
No. 05-15-00532-CR
No. 05-15-00533-CR
No. 05-15-00534-CR

**ALLEN LAND JACKSON III, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-72526-H, F13-56606-H, F13-56607-H, F14-58810-H**

## ORDER

The trial court imposed sentence in these cases on December 5, 2014, and appellant filed his notices of appeals on December 23, 2014. The appeals, however, were not transmitted to this Court until April 24, 2015. The clerk's and reporter's records were already overdue at the time the appeals were docketed in this Court. Additionally, none of the boxes is checked on the trial court's certifications of appellant's right to appeal in cause nos. 05-15-00531-CR (tr. ct. no. F12-72526-H), 05-15-00532-CR (tr. ct. no. F13-56606-H), and 05-15-00533-CR (tr. ct. no. F13-56607-H). The certification for cause no. 05-15-00534-CR (tr. ct. no. F14-58810-H) states that the case does not involve a plea bargain and appellant has the right to appeal.

Accordingly, we **ORDER** the trial court to file, within **TWENTY-ONE DAYS** of the date of this order, completed certifications of appellant's right to appeal for cause nos. 05-15-00531-CR (tr. ct. no. F12-72526-H), 05-15-00532-CR (tr. ct. no. F13-56606-H), and 05-15-00533-CR (tr. ct. no. F13-56607-H) that accurately reflect the trial court proceedings. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

We **ORDER** the Dallas County District Clerk to file the clerk's records in these appeals within **TWENTY-ONE DAYS** of the date of this order.

We **ORDER** Crystal Jones, official court reporter of the Criminal District Court, to file the reporter's record within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Robert Burns, Presiding Judge, Criminal District Court; Crystal Jones, official court reporter, Criminal District Court; Felicia Pitre, Dallas County District Clerk; and to counsel for all parties.


/s/    ADA BROWN
        JUSTICE